[No. 24320-6-III.  Division Three.  March 28, 2006.]

ADAM GRANT ET AL., *Appellants,* v. GERTRUDE BOCCIA ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 00-2-02574-1, Susan L. Hahn, J., entered September 22, 2004. *Affirmed* by unpublished opinion per Kato, C.J., concurred in by Sweeney and Brown, JJ. Now published at 133 Wn. App. 176.


[No. 23970-5-III.  Division Three.  March 30, 2006.]

COLLINS ET AL., *Appellants*, v. ROYAL SCHOOL DISTRICT NO. 160, *Respondent.*

Appeal from a judgment of the Superior Court for Grant County, No. 03-2-01380-0, John M. Antosz, J., entered February 23, 2005. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Schultheis, J.


[No. 24040-1-III.  Division Three.  March 30, 2006.]

GRANGE INSURANCE ASSOCIATION, *Appellant,* v. RYDER TRUCK RENTAL, INC., *Defendant,* BUDGET GROUP, INC., ET AL., *Respondents.*

Appeal from a judgment of the Superior Court for Yakima County, No. 02-2-03769-0, C. James Lust, J., entered March 21, 2005. *Affirmed* by unpublished opinion per Thompson, J. Pro Tem., concurred in by Kato, C.J., and Schultheis, J.